STATE v. O. J. MILLS, VENDING MACHINE COMPANY AND J. N. FINCH.

(Filed 20 November, 1940.)

APPEAL by defendant J. N. Finch from *Parker, J.,* at September Criminal Term, 1940, of WAKE.   Affirmed.

*Attorney-General McMullan and Assistant Attorneys-General Bruton and Patton for the State.*
*W. Brantley Womble for defendant.*

CLARKSON, J.   This case is governed by the opinion of *S. v. Abbott,* *ante,* 470.

For the reasons given in that opinion, the judgment of the court below in this case is

Affirmed.

STACY, C. J., and BARNHILL and WINBORNE, JJ., concur in result.

---

STATE v. AL DAVIS, VENDING MACHINE COMPANY AND J. N. FINCH.

(Filed 20 November, 1940.)

APPEAL by defendant J. N. Finch from *Parker, J.,* at September Criminal Term, 1940, of WAKE.   Affirmed.

*Attorney-General McMullan and Assistant Attorneys-General Bruton and Patton for the State.*
*W. Brantley Womble for defendant.*

CLARKSON, J.   This case is governed by the opinion of *S. v. Abbott,* *ante,* 470.

For the reasons given in that opinion, the judgment of the court below in this case is

Affirmed.

STACY, C. J., and BARNHILL and WINBORNE, JJ., concur in result.